Clerks Office
United States Courthouse
299 East Broward Blvd., Room 112
Ft. Lauderdale, FL 33301



December 29, 2016

RE: Change of Address / Case #16 - 19384

This letter is to inform the court of my change of address. The old address is:
2765 Southeast 1st Court
Unit 3
Pompano Beach, FL  33062

My new address is:
2508 Castle Heights Ave.
Los Angeles, CA  90034

Please update all records accordingly.

Thank you.

Kera Barber
(310) 579-7870
keranicolebarber@gmail.com